

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| LARRY JAMES TYLER, § | |
| § | |
| vs. § | CIVIL ACTION NO. 9:21-1233-MGL-MHC |
| § | |
| TONEY CHAVIS, PATRICIA RAY, JAMES § | |
| HUDSON, WADELL COE, and ROSENA § | |
| JAMES, § | |
| Defendants. § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

Plaintiff Larry James Tyler (Tyler) filed this lawsuit pursuant to 42 U.S.C. §1983 against Defendants Toney Chavis, Patricia Ray, James Hudson, Wadell Coe, and Rosena James. He is self represented.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting to the Court Tyler's motion for an injunction be denied. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on June 8, 2021, but Tyler failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court, adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court Tyler's motion for an injunction is **DENIED**.

**IT IS SO ORDERED**.

Signed this 1st day of July, 2021, in Columbia, South Carolina.

                                                s/ Mary Geiger Lewis
                                                MARY GEIGER LEWIS
                                                UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Tyler is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.